UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHANNON M. JOHNSTON,

               Plaintiff,

   v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

              Defendant.

Case No. 12-5462-RBL-KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the court on the Report and Recommendation of Magistrate Judge Karen L. Strombom [ECF #18] recommending that this case be remanded, based on the stipulation of the parties [ECF #17].  It is therefore ORDERED

(1)  The Court ADOPTS the Report and Recommendation;

(2)   The Court REVERSES and REMANDS for further administrative proceedings;

(3)   The Clerk shall direct copies of this Order to all Counsel and Judge Strombom.

DATED this 7th day of March, 2013.

                                                _/s/ Ronald B. Leighton_

                                                RONALD B. LEIGHTON
                                                UNITED STATES DISTRICT JUDGE